*Jeremiah F. Connor* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs. (See *Matter of Moochler* v. *Herrick & Son,* 272 N. Y. 545.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.

In the Matter of the Claim of JACOB SMITH, Respondent, against ESTATE OF S. D. COYKENDALL et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted January 5, 1938; decided January 25, 1938.

*Frank L. Ward* for appellants.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.

JOHN POPOW, an Infant, by MIKE POPOW, His Guardian ad Litem, Respondent, *v.* CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF HILLSDALE et al., Appellant.

MIKE POPOW, Respondent, *v.* CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF HILLSDALE et al., Appellant.

Argued January 5, 1938; decided January 25, 1938.